IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNIE BERRY,

    Petitioner,

v.                        Case No. 1:16cv234-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 40, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 43. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Amended Petition for Writ of Habeas Corpus, ECF No. 5, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 10, 2018.**

                                  **s/ MARK E. WALKER**
                                  **Chief United States District Judge**